JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BMW of North America, LLC et al.

        Plaintiff,

v.

Padova Wheels, Inc., et al.

        Defendants.

Case No. ED CV 16-01373-AB (RAOx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 13, 2017

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1